IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAT SCHOTTLER,

    Plaintiff,                                                                JUDGMENT IN A CIVIL CASE

v.                                                                                                          16-cv-415-jdp

STATE OF WISCONSIN, KRISTINA E.
WILLIAMSON and her client JANE DOE,

    Defendants.

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing Jane Doe for plaintiff's failure to state a claim against her, granting defendants State of Wisconsin and Kristina E. Williamson's motions to dismiss and dismissing this case.

    /s/                                                                                                  11/15/2016

Peter Oppeneer, Clerk of Court                                                        Date