Court of Appeals   Seventh circuit

219 S Dear Borne St.  (Room 2722)

Chicago  IL  60604

312 – 435 – 5850

DOC NO
REC'D/FILED

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

**Please send me the rules.**

-------------------------------------------------------------------------------

Filing a notice of Appeal  for case number   Case No. 3:16-cv-00415-jdp

Pat Schottler

Plaintiff

V

Defendants

The state of Wisconsin, Attorney Kristina E Williamson, and her client.

Her  Client is unnamed to so call protect her. ( she is not to be contacted )

| Filing notice of appeal |
| --- |

Four  Issues, matters….

1. Federal Judge   James D. Peterson,   LIED.  He said I had been arrested 17 times,  I have never been arrested and that is way more than a harmless error in a case involving the Freedom of speech.
2. Federal Judge  James D. Peterson through is own admission, and remarks in his dismissal had clearly not read a brief filed by me on July 15th 2016. According to his remarks this very important brief breaking down the 11th amendment Bar, the Rooker Fieldman doctrine bar, 9th and 10th amendments first amendment an incredibly detailed and important document missing from the record.  "**He did not review it**"  he did not list it off, as on record.
3. **Federal District courts have jurisdiction over Federal law, the United States constitution is Federal law.  All judges of state courts are under Federal law.**  They can't ignore the constitution something they took an oath to uphold.  "Explained in the **Mysteriously missing** brief."

4. When a state + consul, or + minister, or + ambassador are taken to court then the Federal Supreme Court has original jurisdiction.  A Consul is not a judge, a Minister is not a judge, an ambassador is not a judge.  The district court then has jurisdiction.

How can a judge or attorney who took an oath to uphold the United States constitution, be immune from suit, when they fail to uphold it.

The biggest issue, not one, of the defendants nor there attorney has denied they failed to uphold the constitution.  NOT "ONE" OF THEM HAS DENIED THAT.  **NOT ONE.**   States claim ( It is a crime "violation of law" to <u>ask</u> a girl out for a date. )
*Clearly that is a violation of the constitution.   " I repeat the state,( is not) denying that"*

I am Pro se.    does that mean I don't get constitutional rights.  That is a major problem in this country.  It appears to me that Judge Peterson is prejudice, against Pro se litigants.  He started out with the word  "Pro se" in his dismissal.  That is not right, fair or justice, to be prejudice against someone for being Pro se and denying them there constitutional rights because of it.  Then turning a case of freedom of speech into me being falsely accused of being arrested 17 times.  When I have never been arrested.   That is not acceptable.

Judge Peterson still has time to review the matter.  How ever there is a time limit on appeals and I must abide by them.  This is my notice of appeal please send me the rules for Appellate procedure in the seventh circuit court of appeals.

Sincerely

Pat Schottler.

1479 160th St.

New Richmond  WI  54017        December 3, 2016

Proof of service  For Case No. 3:16-cv-00415-jdp Proof of service

I Pat Schottler mailed one copy of   Notice of Appeal     to Court of Appeals Seventh circuit 219 S Dear Borne St.  (Room 2722)  Chicago  IL  60604

I Pat Schottler mailed ( 2 ) copies of   Notice of Appeal    to Federal Court House for the Western District of Wisconsin    120  N Henry St.   Room  320   Madison  WI  53703

I Pat Schottler mailed Attorney General Brad D. Schimel  one copy of  Notice of Appeal   to P. O. Box 7857   Madison  WI  53707

I Pat Schottler mailed Asst. Attorney General David C. Rice one copy of  Notice of Appeal  to Asst. Attorney General David C. Rice P. O.  Box 7857   Madison  WI  53707

I Pat Schottler Mailed ( 2 ) copy's of   Notice of Appeal to Kristina E Williamson 201 south Knowles Ave   New Richmond  WI  54017     "One for her attorney Steve Goff"

I Pat Schottler Mailed one copy of  Notice of Appeal  to  Kristina E Williamson 201 south Knowles Ave   New Richmond  WI  54017  **For the (client) unnamed to protect her.  The Attorney K.E.W.  knows who she is.  All contacts of the Client must go through this attorney.**

I Pat Schottler Mailed one copy of  Notice of Appeal   to Timothy Heckmann court commissioner 1101 Carmichael Rd.    Hudson WI  54016

I Pat Schottler Mailed one copy of  Notice of Appeal  to  Circuit Court Judge Scott Needham 1101 Carmichael Rd.    Hudson WI  54016

I Pat Schottler Mailed one copy of  Notice of Appeal  to Court of Appeals Judge Lisa Stark  P. O.  Box  1688 110 East Main Street  Suite  215 Madison  WI  53701 – 1688

I Pat Schottler Mailed one copy of the Notice of Appeal to Court of Appeals Judge Thomas M. Hruz P. O. Box 1688 110 East Main Street Suite 215 Madison WI 53701 – 1688

I Pat Schottler Mailed one copy of Notice of Appeal to Court of Appeals Judge Mark A. Seidl P. O. Box 1688 110 East Main Street Suite 215 Madison WI 53701 – 1688

I Pat Schottler Mailed one copy of Notice of Appeal For Supreme Court Justice Shirley S. Abrahamson -to- Asst. Attorney General David C. Rice P. O. Box 7857 Madison WI 53707

I Pat Schottler Mailed one copy of Notice of Appeal For Supreme Court Justice Ann Walsh Bradley -to- Asst. Attorney General David C. Rice P. O. Box 7857 Madison WI 53707

I Pat Schottler Mailed one copy of Notice of Appeal For Supreme Court Justice Rebecca G. Bradley -to- Asst. Attorney General David C. Rice P. O. Box 7857 Madison WI 53707

I Pat Schottler Mailed one copy of Notice of Appeal For Supreme Court Justice David T. Prosser Jr. -to- Asst. Attorney General David C. Rice P. O. Box 7857 Madison WI 53707

I Pat Schottler Mailed one copy of Notice of Appeal For Supreme Court Justice Patience Drake Toggensack -to- Asst. Attorney General David C. Rice P. O. Box 7857 Madison WI 53707

I Pat Schottler Mailed one copy of Notice of Appeal For Supreme Court Justice Annette K. Ziegler -to- Asst. Attorney General David C. Rice P. O. Box 7857 Madison WI 53707

I Pat Schottler Mailed one copy of Notice of Appeal For Supreme Court Justice Michael J. Gableman -to- Asst. Attorney General David C. Rice P. O. Box 7857 Madison WI 53707

Pat Schottler
1479 160th St.
New Richmond  WI   54017

*Pat Schottler* (signature)

December 3rd, 2016